IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-20852
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FELIX GONZALEZ, JR., also known as Kitty Kitty,
also known as Kitty, also known as Miguel Angel Felix,
also known as Guillermo Garcia, Jr.,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-95-CR-142-78
- - - - - - - - - -
June 18, 2002

Before HIGGINBOTHAM, DAVIS, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Felix Gonzalez, Jr., has moved for leave to withdraw and has filed a brief as required by <u>Anders v. California</u>, 386 U.S. 738 (1967). Gonzalez has responded, requesting to retain his counsel or to have new counsel appointed to represent him. Gonzalez also argues that one of his prior convictions was improperly considered at sentencing; his offense level should not have been increased two points for his playing a supervisory or managerial role; and he should have been given a

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

three-level decrease for acceptance of responsibility, rather than a two-level decrease.

Our independent review of the brief, Gonzalez' responses, and the record, including the waiver-of-appeal provision in the plea agreement, discloses no nonfrivolous issues for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  See 5TH CIR. R. 42.2.